No. 69441.—Cragstan Industries, Inc. v. United States, protest 63/21776. Protest dismissed May 18, 1965. (Not published.) Plaintiff's application for rehearing granted.

BEFORE THE FIRST DIVISION, JULY 19, 1965

No. 69442.—M. Pressner & Co. et al. v. United States, protests 59/22344, etc. (Los Angeles).

Opinion by OLIVER, J. In accordance with stipulation of counsel that the merchandise consists of plastic paperweights similar in all material respects to those the subject of Abstract 67488, the claim of the plaintiffs was sustained.

No. 69443.—Manuel F. Koch v. United States, protest 64/10276 (Los Angeles).

Opinion by OLIVER, J. In accordance with stipulation of counsel that the merchandise consists of glass paperweights similar in all material respects to those the subject of Abstract 64185, the claim of the plaintiff was sustained.

No. 69444.—Farnan & Seemann, Inc. v. United States, protests 63/10489 and 63/11731 (Los Angeles).

Opinion by NICHOLS, J. In accordance with stipulation of counsel that the merchandise described as Sunset lens brushes or Sunset lipstick lens brushes is not an article designed to be worn on apparel or carried on or about the person, but is, in fact, a brush, the claim of the plaintiff was sustained.